AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BOBBY PORTER,

    Petitioner,

               v.

WARDEN EDGE,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV218-142

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 17th day of April 2020, adopting the Report and Recommendation of the Magistrate Judge, Judgment is hereby entered DISMISSING Porter's 28 U.S.C. § 2241 Petition, and DENYING in forma pauperis status on appeal. This case stands closed.

Approved by: _/s/_
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

April 23, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_Candy Asbell_
(By) Deputy Clerk

GAS Rev 10/1/03